IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD DEMENT and THOMAS DEMENT, individually and d/b/a "VINTAGE VETTES," | ) ) ) ) |
| Plaintiffs/Counter-defendants, | ) ) |
| v. | ) Case No. 3:13-cv-00362 *OPPEN* |
| | ) Judge Haynes *Based upon* |
| MICHAEL PRICE, | ) *Plaintiff's response,* |
| | ) *This motion is DENIED* |
| Defendant/Counter-plaintiff. | ) *as moot* |

## MOTION TO COMPEL

*[handwritten signature] 6-20-14*

Defendant, Michael Price, pursuant to Rule 37(a)(2) of the Federal Rules of Civil Procedure, hereby moves this Court to compel Plaintiffs to respond to the Interrogatories and Requests for Production of Documents propounded to the Plaintiffs by Certificate of Service dated July 10, 2013. Mr. Price would respectfully request an Order requiring Plaintiffs to respond to the written discovery within two (2) weeks of entry of the Order granting this motion.

Respectfully submitted,

/s/Christopher M. Jones
Christopher M. Jones (#022142)
LeVAN, SPRADER, PATTON & McCASKILL
201 Fourth Avenue North, Suite 1500
Nashville, TN 37219
(615) 843-0300 phone
(615) 843-0310 fax
*Attorney for Michael Price*